UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KERVING'S GUILLAUME,

    Petitioner,

V.

                            CASE NO. 3:03CV1276 (RNC)

JOHN ASHCROFT, Attorney General
of the United States, et al.,

    Respondents.

## ORDER

The Allard K. Loewenstein International Human Rights Clinic at Yale Law School is hereby appointed as amicus curiae to provide a brief that analyzes the Convention Against Torture ("Convention") in light of international law. Specific issues for discussion shall include: 1) the level of intent required to satisfy the Convention's definition of torture; 2) the extent to which omissions can constitute torture; 3) the applicability of the "lawful sanctions" exception to this case; and 4) the extent to which torture may include acts for purposes other than those mentioned in the Convention. The brief shall be no longer than forty pages and shall be submitted by December 8, 2003.

    So ordered.

    Dated at Hartford, Connecticut this 14th day of November, 2003.

                                      Robert N. Chatigny
                               United States District Judge