UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KERVING'S GUILLAUME,

    Petitioner,

V.     CASE NO. 3:02CV1276 (RNC)

JOHN ASHCROFT, Attorney General, et al.,

    Respondents.

### ORDER

Pursuant to a previous order, the amicus brief of the Allard K. Loewenstein International Human Rights Clinic is due to be filed and served on or before December 9, 2003. Counsel for petitioner and respondent are hereby granted leave to submit supplemental briefs on or before January 9, 2004.

    So ordered.

    Dated at Hartford, Connecticut this 18th day of November, 2003.

Robert N. Chatigny
United States District Judge