# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED
2003 DEC -5 A 9: 15
US DISTRICT COURT
HARTFORD CT

## APPEARANCE

CASE NUMBER: 3:02CV-1276 (RNC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Guillaume v. Ashcroft

| | |
|---|---|
| December 4, 2003 | *signature* |
| Date | Signature |
| CT 05479 | J. L. Pottenger, Jr. |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| (203) 432-4821 | 127 Wall Street |
| Telephone Number | Address |
| (203) 432-1426 | New Haven, CT 06510 |
| Fax Number | |
| j.pottenger@yale.edu | |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Michael J. Boyle
169 Montowese Avenue
North Haven, CT 06510

Krishna Patel
U.S. Attorney's Office
157 Church Street
P.O. Box 1824
23rd Floor
New Haven, CT 06510

*signature*
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001