

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KERVING'S GUILLAUME,
    Petitioner,

v.

JOHN ASHCROFT, Attorney General
of the United States, et al.,

    Respondents.

CASE NO. 3:02CV1276 (RNC)

December 4, 2003

FILED
2003 DEC -5 A 9:
US DISTRICT COURT
HARTFORD CT

## MOTION FOR ADMISSION OF VISITING LAWYER

Pursuant to Local Civil Rule 83.1(d) for the United States District Court for the District of Connecticut, J. L. Pottenger, Jr., Movant herein, respectfully moves this Court to admit Mary J. Hahn, Applicant herein, as a visiting lawyer to represent *amicus curiae*, the Allard K. Lowenstein International Human Rights Clinic at Yale Law School ("Lowenstein Clinic"), in the above-captioned matter.

The Lowenstein Clinic has been appointed by this Court as *amicus curiae* to provide a brief analyzing the Convention Against Torture in light of international law. Applicant is currently serving as the Cover/Lowenstein Fellow of the Lowenstein Clinic and has been supervising the drafting of the brief ordered by this Court. Applicant is a member in good standing of the bar of the Commonwealth of Massachusetts. Pursuant to Local Civil Rule 83.1(d), para. 1, Applicant has attached an affidavit in support of this motion.

Movant is the Nathan Baker Clinical Professor of Law at Yale Law School and has been a member of the Bar of the United States District Court for the District of Connecticut since

October 1976. Movant has offices at 127 Wall Street, New Haven, CT 06510. Movant respectfully moves to admit Mary J. Hahn to practice in this Court for this cause only.

Dated: December 4, 2003                Respectfully Submitted,

_____
J. L. POTTENGER, Jr.
U.S. District of Conn. Bar #  CT 05479
Nathan Baker Clinical Professor of Law
127 Wall Street
New Haven, CT 06510
(203) 432-4800 (o)
(203) 432-1426 (f)
j.pottenger@yale.edu (email)

2

## CERTIFICATE OF SERVICE

I certify that on the 4th day of December 2003, I served the original of the above and foregoing upon the Court by hand, and Petitioner and Respondent (the "Parties") by sending one copy each to attorneys for the Parties by depositing same, postage prepaid, in any official depository of the U.S. Postal Service properly addressed as follows:

Michael J. Boyle
169 Montowese Avenue
North Haven, CT 06473

Krishna R. Patel
U.S. Attorney's Office
157 Church Street
P.O. Box 1824
23rd Floor
New Haven, CT 06510

Dated: December 4, 2003

Mary J. Hahn

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KERVING'S GUILLAUME,
    Petitioner,

V.

JOHN ASHCROFT, Attorney General
Of the United States, et al.,

    Respondents.

CASE NO. 3:02CV1276 (RNC)

December 3, 2003

## AFFIDAVIT OF MARY J. HAHN IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

**The State of Connecticut**
**New Haven, CT**

    BEFORE ME, the undersigned authority, on this date personally appeared Mary J. Hahn, after being duly sworn upon her oath, respectfully stated the following:

I.     I am an attorney currently employed as the Cover/Lowenstein Fellow with the Allard K. Lowenstein Clinic for International Human Rights at Yale Law School ("Lowenstein Clinic"), with offices at 127 Wall Street, New Haven, Connecticut 06510. My direct telephone number is (203) 432-8368 and my direct email address is mary.hahn@yale.edu. The fax number of the Lowenstein Clinic is (203) 432-8260.

II.     I will sign all pleadings with the name Mary J. Hahn.

III.     The Lowenstein Clinic has been appointed *amicus* in the above-captioned case.

IV.     Since March 2001, I have been a member in good standing of the bar of the highest court of the state of Massachusetts. My bar license number is 651773.

V.     I have never been denied admission or subject to disciplinary action or involuntary removal proceedings by this Court or any other court.

VI.     I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

VII.  My application is accompanied by a $25.00 check payable to the Clerk of Court for the U.S. District Court for the District of Connecticut.

Dated and signed: December 3, 2003

**Mary J. Hahn**
Allard K. Lowenstein International
   Human Rights Clinic
127 Wall Street
New Haven, CT 06510

SUBSCRIBED AND SWORN to before me by the said Mary J. Hahn on this day the 3rd of December 2003, to certify which witness my hand and seal of office.

Notary Public, State of Connecticut
December 3, 2003
My Commission Expires Oct. 31, 2006

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KERVING'S GUILLAUME,
    Petitioner,

v.

JOHN ASHCROFT, Attorney General
of the United States, et al.,

    Respondents.

CASE NO. 3:02CV1276 (RNC)

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF VISITING LAWYER

Upon consideration of motion by a member of the Bar of the United States District Court for the District of Connecticut, J. L. Pottenger, Jr., and the affidavit submitted therewith, this Court hereby grants the Motion for Admission of Visiting Lawyer and admits Mary J. Hahn as a visiting lawyer to represent *amicus curiae*, the Allard K. Lowenstein International Human Rights Clinic at Yale Law School ("Lowenstein Clinic"), in the above-captioned matter. Mary J. Hahn is hereby admitted to practice in this Court for this cause only.

It is so ordered.

Dated at Hartford, Connecticut, this _____ th day of _____ 2003.

_____
ROBERT N. CHATIGNY
CHIEF UNITED STATES DISTRICT JUDGE