UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC -5 A 9: 11

US DISTRICT COURT
HARTFORD CT

KERVING'S GUILLAUME,
   Petitioner,

V.                                  CASE NO. 3:02CV1276 (RNC)

JOHN ASHCROFT, Attorney General
Of the United States, et al.,

   Respondents.

December 4, 2003

## MOTION OF *AMICUS CURIAE* FOR A SEVEN DAY EXTENSION OF TIME IN WHICH TO FILE BRIEF

The Allard K. Lowenstein Clinic for International Human Rights at Yale Law School (hereinafter "Lowenstein Clinic" or "*Amicus Curiae*") hereby respectfully moves for a seven day extension of time, to and including December 15, 2003, in which to file its brief.

Counsel for Petitioner, Michael Boyle, and Assistant United States Attorney Krishna Patel do not oppose this motion, conditioned on this Court granting each of them an extension of time to respond of seven days after the dates set by this Court's scheduling order.

### ARGUMENT

By order dated November 14, 2003, this Court appointed the Lowenstein Clinic *amicus curiae* to provide a brief that analyzes the Convention Against Torture in light of international law. This Court ordered the brief to be submitted on December 8, 2003. Since that order, Mary J. Hahn has been responsible for supervising the drafting of the brief by students enrolled in the Lowenstein Clinic at Yale Law School.

Completing this brief without an extension will be extraordinarily difficult in light of unexpected circumstances. Counsel Hahn had a medical emergency last week and continues to require medical attention that has significantly reduced the amount of time she will be able to dedicate to this brief. No other motions for extension of time have been filed by *Amicus Curiae* in this matter.

## CONCLUSION

For the foregoing reasons, *Amicus Curiae* respectfully request that their motion for an extension of time for filing their brief be extended to and including December 15, 2003.

Dated: December 4, 2003                      Respectfully submitted,

 

Mary J. Hahn
Allard K. Lowenstein International
    Human Rights Clinic
127 Wall Street
New Haven, CT 06510
Telephone: (203) 432-8368
Facsimile: (203) 432-8260

## CERTIFICATE OF SERVICE

I certify that on the 4th day of December 2003, I served the original of the above and foregoing upon the Court by hand, and Petitioner and Respondent (the "Parties") by sending one copy each to attorneys for the Parties by depositing same, postage prepaid, in any official depository of the U.S. Postal Service properly addressed as follows:

Michael J. Boyle
169 Montowese Avenue
North Haven, CT 06473

Krishna R. Patel
U.S. Attorney's Office
157 Church Street
P.O. Box 1824
23rd Floor
New Haven, CT 06510

Dated: December 4, 2003

_____
Mary J. Hahn