UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

KERVING'S GUILLAUME

V.                          Case Number: 02CV1276

JOHN ASHCROFT

**<u>Motion for PHV</u>** doc.# **<u>21</u>**

**<u>GRANTED</u>**

Dated at Hartford, Connecticut, December 8, 2003.

KEVIN F. ROWE, CLERK

By: _____
    MFB
    Deputy Clerk