# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER:    3:02CV-1276 RNC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Guillaume v. Ashcroft

| | |
|---|---|
| December 4, 2003 | *signature* |
| **Date** | **Signature** |
| ~~Visiting Lawyer~~ | Mary J. Hahn |
| **Connecticut Federal Bar Number**   ct 25407 | **Print Clearly or Type Name** |
| (203) 432-8368 | 127 Wall Street |
| **Telephone Number** | **Address** |
| (203) 432-8260 | New Haven, CT 06510 |
| **Fax Number** | |
| mary.hahn@yale.edu | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Michael J. Boyle
169 Montowese Avenue
North Haven, CT 06473

Krishna Patel
US Attorney's Office
157 Church Street
P.O. Box 1824
23rd Floor
New Haven, CT 06510

*signature*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001