

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

2003 DEC 5  9: 15

US DISTRICT COURT
HARTFORD CT

United States District Court
District of Connecticut
FILED AT HARTFORD

12/8/03

Kevin F. Rowe, Clerk

By Maria J. Carpenter

Deputy Clerk

### APPEARANCE

CASE NUMBER:    3:02CV-1276 RNC

RECEIVED

U.    2003

U.S. DISTRICT COURT
HARTFORD, CONN.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Guillaume v. Ashcroft

December 4, 2003
**Date**
~~Visiting Lawyer~~

**Connecticut Federal Bar Number**    Ct 25407
   (203) 432-8368
**Telephone Number**
   (203) 432-8260
**Fax Number**
   mary.hahn@yale.edu
**E-mail address**

Signature
Mary J. Hahn

**Print Clearly or Type Name**
127 Wall Street
**Address**
New Haven, CT 06510

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Michael J. Boyle
169 Montowese Avenue
North Haven, CT 06473

Krishna Patel
US Attorney's Office
157 Church Street
P.O. Box 1824
23rd Floor
New Haven, CT 06510

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001