

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC -5 A 9: 11

US DISTRICT COURT
HARTFORD CT

KERVING'S GUILLAUME,
    Petitioner,

CASE NO. 3:02CV1276 (RNC)

JOHN ASHCROFT, Attorney General
Of the United States, et al.,

    Respondents.

December 4, 2003

## MOTION OF *AMICUS CURIAE* FOR A SEVEN DAY EXTENSION OF TIME IN WHICH TO FILE BRIEF

    The Allard K. Lowenstein Clinic for International Human Rights at Yale Law School (hereinafter "Lowenstein Clinic" or "*Amicus Curiae*") hereby respectfully moves for a seven day extension of time, to and including December 15, 2003, in which to file its brief.

    Counsel for Petitioner, Michael Boyle, and Assistant United States Attorney Krishna Patel do not oppose this motion, conditioned on this Court granting each of them an extension of time to respond of seven days after the dates set by this Court's scheduling order.

### ARGUMENT

    By order dated November 14, 2003, this Court appointed the Lowenstein Clinic *amicus curiae* to provide a brief that analyzes the Convention Against Torture in light of international law. This Court ordered the brief to be submitted on December 8, 2003. Since that order, Mary J. Hahn has been responsible for supervising the drafting of the brief by students enrolled in the Lowenstein Clinic at Yale Law School.

---

*[Handwritten margin annotation, left side, rotated:]* Counsel for petitioner and respondent will submit supplemental briefs on or before January 15, 2004. So ordered.

December 9, 2003. Granted.

Robert N. Chatigny, U.S.D.J.