UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KERVINGS GUILLAUME,
Petitioner,

v.                                CIV. NO. 3:02CV1276(RNC)

JOHN ASHCROFT, et. al.
Respondents.

FILED
2004 JAN -5  P 4: 47
US DISTRICT COURT
HARTFORD CT

RESPONDENTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

By order dated December 9, 2003, the Court ordered the petitioner and respondent to file supplemental briefs on or before January 15, 2004.

Respondents hereby move for a three-week enlargement of time, up to and including February 6, 2003, to file a response in this matter. Counsel for respondent has other pressing deadlines in a criminal case during the week of January 13, 2003 and seeks the additional time so that it can properly prepare its response in this matter. Petitioner's counsel has consented to this request and also seeks to have his brief due on February 6, 2003. The parties will also plan to confer prior to February 6, 2003 and prepare a joint appendix for submission in this matter.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

By: LISA E. PERKINS
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. ct23164

For: KRISHNA R. PATEL
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET
NEW HAVEN, CONNECTICUT 06510
(203) 821-3700
FEDERAL BAR NO. ct24433

CERTIFICATION

This is to certify that a copy of the foregoing was sent via United States Mail, postage prepaid, on this 5th day of January, 2004, to:

Anne L. Rapkin, Esq.
169 Montowese Avenue
North Haven, CT  06473

By: _____
    LISA E. PERKINS
    ASSISTANT UNITED STATES ATTORNEY

For: KRISHNA R. PATEL
     ASSISTANT UNITED STATES ATTORNEY