UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Kerving's Guillaume,<br>    Petitioner<br>v.<br>John Ashcroft, Attorney General, U.S. Immigration and Naturalization Service, Steven J. Farquharson, District Director, and Gary Cote, Officer in Charge,<br>    Respondents | No. 3:02CV1276 (RNC)<br><br>February 5, 2004 |

**UNOPPOSED MOTION FOR EXTENSION OF FILING DEADLINE**

Petitioner, through counsel, requests an extension of the deadline for filing of petitioner's and respondents' supplementary briefs from Friday, February 6, 2004 until Tuesday, February 10, 2004.

Petitioner's counsel has faced a heavy workload preparing for a National Labor Relations Board trial next week and seeks a brief extension to his and respondents' filing deadline. Counsel for the respondents does not oppose the motion. This is the petitioner's first request for an extension.

Based on the foregoing counsel requests an extension of the deadline for filing of petitioner's and respondent's supplementary briefs from Friday, February 6, 2004 until Tuesday, February 10, 2004.

    Respectfully submitted for
    Kerving's Guillaume, by

    Michael Boyle, his attorney
    federal bar ct13518; juris 408629
    169 Montowese Avenue, PO Box 335
    North Haven, CT 06473-0335
    203 239-2299, fax 203 985-8207

2

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was mailed first class, postage prepaid, on February 5, 2004 to AUSA Krishna R. Patel, U. S. Attorney's Office, 157 Church Street, 23rd Floor, New Haven, CT 06510, and Mary J. Hahn, Yale Law School, Allard K. Lowenstein International Human Rights Clinic, P.O. Box 208215, New Haven, CT 06520-8215.

      Michael Boyle