# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

2004 FEB -6 A 10:02

HARTFORD, CT.

| Kerving's Guillaume,<br>    Petitioner<br>v.<br>John Ashcroft, Attorney General, U.S.<br>Immigration and Naturalization Service,<br>Steven J. Farquharson, District Director, and<br>Gary Cote, Officer in Charge,<br>    Respondents | No. 3:02CV1276 (RNC)<br><br>February 5, 2004 |

**UNOPPOSED MOTION FOR EXTENSION OF FILING DEADLINE**

Petitioner, through counsel, requests an extension of the deadline for filing of petitioner's and respondents' supplementary briefs from Friday, February 6, 2004 until Tuesday, February 10, 2004.

Petitioner's counsel has faced a heavy workload preparing for a National Labor Relations Board trial next week and seeks a brief extension to his and respondents' filing deadline. Counsel for the respondents does not oppose the motion. This is the petitioner's first request for an extension.

Based on the foregoing counsel requests an extension of the deadline for filing of petitioner's and respondent's supplementary briefs from Friday, February 6, 2004 until Tuesday, February 10, 2004.

Respectfully submitted for
Kerving's Guillaume, by

*Michael J Boyle*

Michael Boyle, his attorney
federal bar ct13518; juris 408629
169 Montowese Avenue, PO Box 335
North Haven, CT 06473-0335
203 239-2299, fax 203 985-8207

February 9, 2004. Granted in light of the brevity of the requested extension. Counsel are reminded that motions for extension of time must be filed 5 days prior the deadline in question. So ordered.

Robert N. Chatigny, U.S.D.J.

02CV1276END30                    1