UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Kerving's Guillaume,<br>　　Petitioner<br>v.<br>John Ashcroft, Attorney General, U.S. Immigration and Naturalization Service, Steven J. Farquharson, District Director, and Gary Cote, Officer in Charge,<br>　　Respondents | No. 3:02CV1276 (RNC)<br><br>February 12, 2004 |

**PETITIONER'S MOTION FOR PERMISSION TO FILE CLOSING BRIEF ONE DAY LATE**

　　Petitioner Kerving's Guillaume, through counsel, seeks permission to file his closing brief one day late. Counsel attempted to file at the drop box at 5:15 pm Tuesday, February 10, 2004, but the Ribicoff Building had closed at 5:00 pm. Counsel returned to Hartford and filed the motion at 8:40 am on February 11, 2004. Earlier in the afternoon, the Clerk's Office had advised us that the late filing box would be available until the building closed at "about 5:30 pm." Counsel apologizes for the untimely submission. Granting the motion will cause no prejudice to the respondents, whose copy of the brief was mailed timely on Tuesday, February 10.

　　For these reasons, the Court should grant this motion to file the petitioner's closing brief one day late.

        Respectfully submitted for Petitioner
Kerving's Guillaume by


Michael Boyle,
federal bar ct13518; juris 408629
169 Montowese Avenue
P.O. Box 335
North Haven, CT 06473-0335
203 239-2299, fax 203 985-8207
mboyle@immigrantcenter.com

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was mailed first class, postage prepaid, on February 12, 2004 to Mary J. Hahn, Yale Law School, Allard K. Lowenstein International Human Rights Clinic, P.O. Box 208215, New Haven, CT 06520-8215 and AUSA Krishna R. Patel, Office of the U.S. Attorney, 157 Church Street, 23rd floor, New Haven, CT 06510.


        Michael Boyle