# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**FILED**

2004 FEB 13 A 10: 04

U.S. DISTRICT COURT
HARTFORD, CT.

Kerving's Guillaume,
    Petitioner

v.

John Ashcroft, Attorney General, U.S.
Immigration and Naturalization Service,
Steven J. Farquharson, District Director, and
Gary Cote, Officer in Charge,
    Respondents

No. 3:02CV1276 (RNC)

February 12, 2004

## PETITIONER'S MOTION FOR PERMISSION TO FILE CLOSING BRIEF ONE DAY LATE

Petitioner Kerving's Guillaume, through counsel, seeks permission to file his closing brief one day late. Counsel attempted to file at the drop box at 5:15 pm Tuesday, February 10, 2004, but the Ribicoff Building had closed at 5:00 pm. Counsel returned to Hartford and filed the motion at 8:40 am on February 11, 2004. Earlier in the afternoon, the Clerk's Office had advised us that the late filing box would be available until the building closed at "about 5:30 pm." Counsel apologizes for the untimely submission. Granting the motion will cause no prejudice to the respondents, whose copy of the brief was mailed timely on Tuesday, February 10.

For these reasons, the Court should grant this motion to file the petitioner's closing brief one day late.

Granted. So ordered.

Robert N. Chatigny, U.S.D.J.

February 23, 2004.

1