UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR 15 A 10: 37

U.S. DISTRICT COURT
HARTFORD, CT.

KERVING'S GUILLAUME,

    Petitioner,

V.

JOHN ASHCROFT, et al.,

    Respondents.

CASE NO. 3:02CV1276 (RNC)

## ORDER DIRECTING STAY OF REMOVAL

Petitioner, a citizen of Haiti, is subject to a final order of removal. He brings this habeas petition arguing that the removal order violates the Convention Against Torture. On Nov. 19, 2002, this court stayed further proceedings on petitioner's claim "pending a decision by the United States Court of Appeals for the Second Circuit in Wang v. Ashcroft." Since that time, Wang has been decided and this court has determined that petitioner's claim raises significant issues that will require further argument from the parties.

In order to allow adequate time for the court to consider his claim, petitioner's removal is hereby stayed pending further order of this court.

So ordered.

Dated at Hartford, Connecticut this 12th day of March 2004.

Robert N. Chatigny
United States District Judge