UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 APR -1  P  5:

| Kerving's Guillaume |
| v. |
| John Ashcroft et al. |

No. 3:02CV1276 (RNC)

March 30, 2004

### MOTION FOR LEAVE TO WITHDRAW APPEARANCE

I request leave from the Court to withdraw my appearance in this matter on behalf of Petitioner Kerving's Guillaume, because I am no longer associated with the Law Office of Michael Boyle. Attorney Boyle now represents Petitioner in this matter.

Respectfully submitted,

Anne Rapkin
federal bar ct01085; juris 306245
West Hartford, CT 06107
(860) 521-5992

### CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2004 a copy of the foregoing was deposited in the United States mail in first-class postage-paid envelopes addressed to: Office of the U.S. Attorney, 157 Church Street, New Haven, CT 06510, and Law Office of Michael Boyle, 169 Montowese Avenue, North Haven, CT 06473.

Anne Rapkin