UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2004 APR -      P   5:

| Kerving's Guillaume |
| v. |
| John Ashcroft et al. |

No. 3:02CV1276 (RNC)

March 30, 2004

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

I request leave from the Court to withdraw my appearance in this matter on behalf of Petitioner Kerving's Guillaume, because I am no longer associated with the Law Office of Michael Boyle. Attorney Boyle now represents Petitioner in this matter.

Respectfully submitted,

Anne Rapkin
federal bar ct01085; juris 306245
West Hartford, CT 06107
(860) 521-5992

April 2, 2004. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.

FILED
2004 APR -5  A 10: 32
U.S. DISTRICT COURT
HARTFORD, CT.

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2004 a copy of the foregoing was deposited in the United States mail in first-class postage-paid envelopes addressed to: Office of the U.S. Attorney, 157 Church Street, New Haven, CT 06510, and Law Office of Michael Boyle, 169 Montowese Avenue, North Haven, CT 06473.

Anne Rapkin