*Held 5 min.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Conference Calendar

Honorable Robert N. Chatigny, U.S.D.J.

PLAINTIFF'S COUNSEL WILL INITIATE CALL
CHAMBERS TELEPHONE NUMBER
860-240-3659

July 26, 2004

2:30 P.M.

CASE NO. **3:02CV1276(RNC) Kerving's Guillaume v. Ashcroft, et al.,**

✓ Michael J. Boyle
169 Montowese Ave., PO Box 335
North Haven, CT 06473-0335

Mary J. Hahn
127 Wall Street
New Haven, CT 06511

✓ Krishna R. Patel
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510

J. Livingston Tottenger Jr.
Jerome N. Frank Legal Services Organizat
Yale Law School
PO Box 209090
New Haven, CT 06520-9090

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

*Continued to 8-12-04 @ 1:00*