UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KERVINGS GUILLAUME,
Petitioner,

v.                                  :   CIV. NO. 3:02CV1276(RNC)

JOHN ASHCROFT, et. al.
Respondents.

## GOVERNMENT'S MOTION FOR SUPPLEMENTAL FILING

The Government respectfully moves to submit the attached declaration setting forth the new policy between the United States and the Government of Haiti relating to the enforcement of final orders of removal for Haitian nationals in the United States. As indicated in the declaration, the United States has resumed deportations of Haitian nationals. Upon their arrival into Haiti, non-criminal aliens are immediately released. Criminal aliens, however, will be detained for up to two to three months while Haiti investigates their background and their support systems in Haiti.

KEVIN J. O'CONNOR
United States Attorney for the
District of Connecticut
Attorney for Respondents

By: /s/ Krishna R. Patel
KRISHNA R. PATEL (ct-24433)
Assistant United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510
Telephone: (203) 821-3753

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via United States Mail, postage prepaid, and facsimile transmission, on this date, to:

Anne L. Rapkin
169 Montowese Ave.
North Haven, CT 06473

Michael J. Boyle
250 State St., PO Box 335
North Haven, CT 06473-0335

Dated at New Haven, Connecticut this 10th day of December, 2004.

_____
KRISHNA R. PATEL
ASSISTANT UNITED STATES ATTORNEY

## DECLARATION OF JOHN F. O'MALLEY

I, John F. O'Malley, state and declare as follows:

1. I am assigned to the Headquarters Office of Detention and Removal Operations (DRO), U.S. Immigration and Customs Enforcement (ICE), U.S. Department of Homeland Security, in Washington, D.C. I have worked with ICE and the legacy Immigration and Naturalization Service since 1977. I currently serve as DRO's liaison to the U.S. Department of State.

2. My present duties include development of policy and regulations relating to the enforcement of final orders of deportation and the removal of aliens from the United States. In my current position, I am personally familiar with inter- and intra-governmental procedures for the repatriation of persons who are citizens and nationals of Haiti.

3. During recent discussions regarding the resumption of flights for returning criminal Haitians with a final order of removal to Haiti, representatives including the Director of Foreign Affairs of the government of, stated that they would detain criminal Haitians upon their return for approximately two to three months.

4. According to the government official(s), the purpose of the detention is to protect Haitian citizens from potential harm caused by returning criminals pursuant to their rule of preventive detention. The returnees will only be detained while Haiti investigates their background and their support system in Haiti.

5. Non-criminal Haitians are not detained upon their return.

I declare that the foregoing is true and correct to the best of my knowledge under penalty of perjury. Executed in Washington, D.C. on the 10th day of November, 2004.

John F. O'Malley
Detention and Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security