

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KERVINGS GUILLAUME,  :
Petitioner,  :
:
v.  :  CIV. NO. 3:02CV1276(RNC)
:
JOHN ASHCROFT, et. al.  :
Respondents.  :

GOVERNMENT'S MOTION FOR SUPPLEMENTAL FILING

The Government respectfully moves to submit the attached declaration setting forth the new policy between the United States and the Government of Haiti relating to the enforcement of final orders of removal for Haitian nationals in the United States. As indicated in the declaration, the United States has resumed deportations of Haitian nationals. Upon their arrival into Haiti, non-criminal aliens are immediately released. Criminal aliens, however, will be detained for up to two to three months while Haiti investigates their background and their support systems in Haiti.

KEVIN J. O'CONNOR
United States Attorney for the
District of Connecticut
Attorney for Respondents

By: /s/ Krishna R. Patel
KRISHNA R. PATEL (ct-24433)
Assistant United States Attorney

December 17, 2004.   Kerving's Guillaume v. Ashcroft
                     3:02CV01276 (RNC)

Re: Government's Motion for Supplemental Filing (Doc. # 43)
Granted. So ordered.

Robert N. Chatigny, U.S.D.J.