UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Kerving's Guillaume,<br>    Petitioner<br>v.<br>John Ashcroft, Attorney General, et al.,<br>    Respondents | No. 3:02CV1276(RNC)<br><br>March 9, 2005 |

**APPEARANCE**

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel on this case for Kerving's Guillaume.

> Justin Conlon,
> federal bar ct26187; juris 421914
> Law Offices of Michael Boyle
> 250 State Street, Unit C2
> P.O. Box 335
> North Haven, CT 06473-0335
> 203 239-2299, fax 203 985-8207
> jconlon@immigrantcenter.com

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing Appearance was mailed first class, postage prepaid, on March 9, 2005 to: AUSA Krishna R. Patel, Office of the U.S. Attorney, 915 Lafayette Blvd., Room 309, Bridgeport, CT 06604.

> Justin Conlon