UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| Kerving's Guillaume,<br>    Petitioner<br>v.<br>John Ashcroft, Attorney General, el al,<br>    Respondents | No. 3:02CV1276 (RNC)<br><br>March 14, 2005 |
|---|---|

**PETITIONER'S LOCAL RULE 56(a)(1) STATEMENT**

1. The petitioner Kerving's Guillaume is a native and citizen of Haiti. Exhibit A –!Notice to Appear, Exhibit B –!Immigrant Visa and Alien Registration.

2. The petitioner was convicted of Assault in the Second Degree and Interfering with an officer/Resisting arrest on February 17, 1999. Exhibit C.

3. The petitioner was charged as being removable, and was found removable by the Immigration Judge and Board of Immigration Appeals, on account of his criminal convictions.

4. The government of Haiti detains all criminal deportees upon their return to Haiti for at least two to three months. Declaration of John O'Malley.

5. The prison conditions in Haiti are dismal and life-threatening. Joint Appendix, p. 1-241; Exhibit 1, 2, 3.

6. The government of Haiti places criminal deportees in dismal and life-threatening prison conditions as part of their system of preventative detention for the purpose of reducing crime. Declaration of John O'Malley.

1

        Respectfully submitted for the Petitioner
Kerving's Guillaume by


Justin Conlon
Michael Boyle, his attorneys
federal bar ct26187; juris 421914
Law Offices of Michael Boyle
250 State Street, Unit C2
P.O. Box 335
North Haven, CT 06473-0335
203 239-2299, fax 203 985-8207
jconlon@immigrantcenter.com
mboyle@immigrantcenter.com


## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was mailed first class, postage prepaid, on March 9, 2005 to Mary J. Hahn, Yale Law School, Allard K. Lowenstein International Human Rights Clinic, P.O. Box 208215, New Haven, CT 06520-8215 and AUSA Krishna R. Patel, Office of the U.S. Attorney, 915 Lafayette Blvd., Room 309, Bridgeport, CT 06604


        Justin Conlon