UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Kerving's Guillaume,<br>    Petitioner<br>v.<br>John Ashcroft, Attorney General, et al.,<br>Respondents | No. 3:02CV1276(RNC)<br><br>March 9, 2005 |

## ADDITIONAL EXHIBITS IN SUPPORT OF
## PETITION FOR WRIT OF HABEAS CORPUS

Exhibit 1 –!Thomas M. Griffin, Center for the Study of Human Rights, University of Miami School of Law, *Haiti Human Rights Investigation: November 11-21, 2004*

Exhibit 2 – Deutsche Presse Agentur, *14 Killed in Disturbances in Haiti*, 12/2/04

Exhibit 3 – World Food Program, *WFP Emergency Situation Report No. 16*, 12/7/04

Exhibit 4 –William F. Schulz, *The Torturer's Apprentice*, The Nation, 5/13/02

Exhibit 5 – Eyal Press, *In Torture We Trust?*, The Nation, 3/31/03

        Respectfully submitted for
        Petitioner Kerving's Guillaume, by


        His attorney,
        Justin Conlon, ct 26187
        Law Offices of Michael Boyle
        250 State Street, Unit C2
        P.O. Box 335
        North Haven, CT 06473
        203 239-2299, fax 203 985-8207

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was mailed first class, postage prepaid, on March 9, 2005 to Mary J. Hahn, Yale Law School, Allard K. Lowenstein International Human Rights Clinic, P.O. Box 208215, New Haven, CT 06520-8215 and AUSA Krishna R. Patel, Office of the U.S. Attorney, 915 Lafayette Blvd., Room 309, Bridgeport, CT 06604

                                              Justin Conlon