```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT

KERVINGS GUILLAUME,              :
Petitioner,                      :
                                 :
v.                               :    CIV. NO. 3:02CV1276(RNC)
                                 :
JOHN ASHCROFT, et. al.           :
Respondents.                     :
```

## RESPONDENTS' MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

### Preliminary Statement

Respondents/Defendants John Ashcroft, Attorney General of the United States, U.S. Immigration and Naturalization Service, Steven J. Farquharson, District Director and Gary Cote, Officer-in-Charge respectfully submit this memorandum of law in opposition to the motion for summary judgment filed by petitioner Kervings Guillaume ("Guillaume" or "petitioner").

Guillaume has filed a motion for summary judgment essentially claiming that his petition for a writ of habeas corpus should be granted. For the reasons set forth below, both the motion for summary judgment and the habeas petition should be dismissed.

### Statement of Facts

The Government adopts by reference all of the facts contained in its response brief dated February 10, 2004.

**ARGUMENT**

**POINT I**

**SUMMARY JUDGMENT IS INAPPROPRIATE IN THIS CASE**

As noted above, a habeas petition was filed rasising a challenge to petitioner's final order of removal.  The Government has filed its opposition and the case is now pending with the Court.  Guillaume files this summary judgment motion essentially seeking to re-litigate the exact same issues that are already pending for consideration before this Court.

The issues presented in immigration habeas petitions rarely require further factual development outside of the immigration court record and therefore summary judgment motions in habeas cases do not narrow and isolate factual issues for trial as they do in other civil cases. While there is no strict prohibition on filing summary judgment motions, they are certainly uncommon, and given that all of the issues raised in the summary judgment motion are already pending before the Court, it is not an appropriate motion in this case or at this time given the pendency of the issues before the court.  <u>Cf.</u>  <u>Whitaker v. Meachum</u>, 123 F.3d 714, 715- 16 n. 2 (2d Cir.1997) (permits a court under appropriate circumstances to grant summary judgment in habeas proceedings.).

**POINT II**

**IF SUMMARY JUDGMENT MOTION IS CONSIDERED, IT SHOULD BE DENIED**

Even were this Court to consider the summary judgment motion, the motion should be dismissed in its entirety. First, the Government incorporates by reference all of the arguments raised in its opposition brief dated February 10, 2004. Moreover, since the briefs were filed several other courts have addressed the issue and found that prison conditions in Haiti do not constitute torture under the CAT. See Cadet v. Bulger, 377 F.3d 1173 (11th Cir. 2004) (finding BIA's interpretations in J-E reasonable); Auguste v. Ridge, 395 F.3d 123 (3rd Cir. 2005) (specific-intent requirement in Haitian prison case was not unreasonable); Eilen v. Ashcroft, 364 F.3d 392, 399 (1st Cir. 2004) (deferring to the BIA's finding in J-E that isolated acts of torture in Haitian prisons did not satisfy CAT); Thelemaque v. Ashcroft, ____ F. Supp.2d ___, 2005 WL 730215 (D. Conn. 2005).

### Conclusion

Because Guillaume has not met any of the requirements for an act to constitute torture under the CAT, his motion for summary judgment should be denied.

Dated:   Bridgeport, Connecticut
         April 4, 2005

```
                         Respectfully submitted,

                         KEVIN J. O'CONNOR
                         UNITED STATES ATTORNEY


                         ANASTASIA M. ENOS
                         Assistant United States Attorney
                         Federal Bar No.: ct24192

                         For: KRISHNA R. PATEL
                         Assistant United States Attorney
                         915 Lafayette Boulevard
                         Bridgeport, Connecticut 06604
                         Federal Bar No.: ct24433
                         Telephone:  (203) 696-3000
```

                         CERTIFICATION
_____

   This is to certify that a copy of the foregoing was sent via United States Mail, postage prepaid, and facsimile transmission, on this date, to:

JUSTIN CONLON
LAW OFFICE OF MICHAEL BOYLE
250 STATE STREET, UNIT C2
P.O. BOX 335
NORTH HAVEN, CT 06473-0335


   Dated at Bridgeport, Connecticut this 4th day of April, 2005.

```
                         _____
                         ANASTASIA M. ENOS
                         ASSISTANT UNITED STATES ATTORNEY
                         For: KRISHNA R. PATEL
```