```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT

KERVINGS GUILLAUME,             :
Petitioner,                     :
                                :
v.                              :    CIV. NO. 3:02CV1276(RNC)
                                :
JOHN ASHCROFT, et. al.          :    MAY 23, 2005
Respondents.                    :
```

**RESPONDENT'S NOTICE OF APPLICABILITY OF PUBLIC**

**LAW 109-13 ("THE REAL ID ACT OF 2005") AND MOTION TO TRANSFER**

On May 11, 2005, the President signed into law the "Emergency Supplemental Appropriations Act for Defense, the Global War on Terror, and Tsunami Relief, 2005," Pub. L. No. 109-13, 119 Stat. 231. Division B of the Act is referred to as the "REAL ID Act."

Section 106 of the REAL ID Act amends portions of section 242 of the Immigration and Nationality Act (hereinafter "INA"), 8 U.S.C. § 1252, and clarifies the scope of judicial review of removal orders. (A copy of section 106 is attached hereto as Exhibit "A.") Pursuant to section 106, a petition for review to the courts of appeal is the exclusive means of review of an administrative order of removal, deportation, or exclusion. Id. § 106(a). Section 106(c) provides that any habeas corpus petition pending in district court in which an alien challenges a final administrative order of removal, deportation, or exclusion shall be transferred by the district court to the appropriate

court of appeals.[1]  When a case pending in district court contains both challenges to an order of removal, deportation, or exclusion and to a non-removal order issue, the district court shall transfer to the court of appeals "the part of the case that challenges the order of removal, deportation, or exclusion."  Id.  The amendments to section 242 apply to all cases in which a final administrative order of removal has been entered before, on, or after the date of enactment.  Id. § 106(b).

In the instant action, Petitioner challenges only the final administrative order of removal.  See Petition.  Therefore, pursuant to section 106(c) of the REAL ID Act, this Court must transfer to this case to the Court of Appeals for the Second Circuit.

DATED: May 23, 2005.

                              Respectfully submitted,

                              KEVIN J. O'CONNOR
                              UNITED STATES ATTORNEY

                              /s/
                              S. DAVE VATTI
                              ASSISTANT UNITED STATES ATTORNEY
                              Federal Bar No. ct 11975

---

[1] Section 106(c) defines the appropriate transferee court as the "court of appeals for the circuit in which a petition for review could have been properly filed under section 242(b)(2) of the Immigration and Nationality Act (8 U.S.C. 1252), as amended by this section, or under section 309(c)(4)(D) of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996 (8 U.S.C. 1101 note)."  Section 242(b)(2) of the INA defines the proper venue for a petition for review as "the judicial circuit in which the immigration judge completed the [underlying immigration] proceedings."  INA § 242(b)(2), 8 U.S.C. § 1252(b)(2).

```
                              FOR: KRISHNA R. PATEL
                              ASSISTANT UNITED STATES ATTORNEY
                              915 Lafayette Boulevard
                              Bridgeport, Connecticut 06604
                              Federal Bar No.: ct24433
                              Telephone:  (203) 696-3000
```

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was sent via United States Mail, postage prepaid to:

Michael Boyle, Esq.
250 State Street
P.O. Box 335
North Haven, CT 06473-0335

Justin Conlon, Esq.
250 State Street
P.O. Box 2335
North Haven, CT 06473-0335

Mary J. Hahn, Esq.
127 Wall Street
New Haven, CT 06511

J. Livingston Pottenger, Jr.
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090


Dated at Hartford, Connecticut, this 23rd day of May, 2005.

```
                              /s/_____
                              S. DAVE VATTI
                              ASSISTANT UNITED STATES ATTORNEY
                              For: KRISHNA R. PATEL
                              ASSISTANT UNITED STATES ATTORNEY
```