## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| Kervings Guillaume,  Petitioner<br>v.<br>John Ashcroft, Attorney General, et al.<br>    Respondents | No. 3:02cv1276(RNC)<br><br>June 2, 2005 |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO THE GOVERNMENT'S MOTION TO TRANSFER

The Petitioner, Kerving's Guillaume, through counsel, moves the Court for an

extension of time to reply to the government's motion to transfer venue to the Second

Circuit Court of Appeals pursuant to the Real ID Act of 2005 dated May 23, 2005.  Under

Local Rule 7(a), the petitioner has until June 13, 2005 to respond to the government's

motion.  The petitioner requests that the Court grant an extension of time until July 1,

2005 – an additional two weeks – to prepare his response due to the complex issues of

statutory construction, and possible constitutional issues regarding the suspension clause,

raised by the Real ID Act, which was signed into law only three weeks ago.  The

petitioner's counsel has contacted opposing counsel, AUSA Krishna Patel, who has

consented to the instant motion.  This is the petitioner's first request for an extension of

time to reply to the government's May 23, 2005 motion.

1

2

Respectfully submitted for
Petitioner Kerving's Guillaume, by


His attorney,
Justin Conlon
Federal bar ct26187, juris421914
Law Offices of Michael Boyle
250 State Street, Unit C2
P.O. Box 335
North Haven, CT 06473
203 239-2299, fax 203 985-8207


## CERTIFICATE OF SERVICE


I hereby certify that a copy of the foregoing motion was served by first class mail, postage pre-paid on June 2, 2005 to: Office of the U.S. Attorney, AUSA Krishna Patel, 915 Lafayette Boulevard, Bridgeport, CT 06604.


Justin Conlon

2