UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Kervings Guillaume, Petitioner<br>v.<br>John Ashcroft, Attorney General, et al.<br>    Respondents | No. 3:02cv1276(RNC)<br><br>June 2, 2005 |



## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO THE GOVERNMENT'S MOTION TO TRANSFER

The Petitioner, Kerving's Guillaume, through counsel, moves the Court for an extension of time to reply to the government's motion to transfer venue to the Second Circuit Court of Appeals pursuant to the Real ID Act of 2005 dated May 23, 2005. Under Local Rule 7(a), the petitioner has until June 13, 2005 to respond to the government's motion. The petitioner requests that the Court grant an extension of time until July 1, 2005 – an additional two weeks – to prepare his response due to the complex issues of statutory construction, and possible constitutional issues regarding the suspension clause, raised by the Real ID Act, which was signed into law only three weeks ago. The petitioner's counsel has contacted opposing counsel, AUSA Krishna Patel, who has consented to the instant motion. This is the petitioner's first request for an extension of time to reply to the government's May 23, 2005 motion.

*June 3, 2005. Granted. So ordered.*

*Robert N. Chatigny, U.S.D.J.*

02cv1276 end 51

1