UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Kervings Guillaume,  Petitioner<br>v.<br>John Ashcroft, Attorney General, et al.<br>    Respondents | No. 3:02cv1276(RNC)<br><br>June 30, 2005 |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO THE GOVERNMENT'S MOTION TO TRANSFER**

  The Petitioner, Kerving's Guillaume, through counsel, moves the Court for an extension of time to reply to the government's motion to transfer venue to the Second Circuit Court of Appeals pursuant to the Real ID Act of 2005.  The petitioner's response is currently due July 1, 2005.  The petitioner requests that the Court grant an additional two weeks – until July 15, 2005 – to prepare his response due to the complex issues of statutory construction, and possible constitutional issues regarding the suspension clause, raised by the Real ID Act.  The petitioner's counsel has contacted opposing counsel, AUSA Krishna Patel, who has consented to the instant motion.  This is the petitioner's second request for an extension of time to reply to the government's motion.

Respectfully submitted for
Petitioner Kerving's Guillaume, by


His attorney,
Justin Conlon
Federal bar ct26187, juris421914
Law Offices of Michael Boyle
250 State Street, Unit C2
P.O. Box 335
North Haven, CT 06473
203 239-2299, fax 203 985-8207


## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing motion was served by first class mail, postage pre-paid on June 30, 2005 to: Office of the U.S. Attorney, AUSA Krishna Patel, 915 Lafayette Boulevard, Bridgeport, CT 06604.


    Justin Conlon