# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

2005 JUL -1  A 9: 35

DISTRICT COURT
HARTFORD, CT.

| Kervings Guillaume,  Petitioner |
| v. |
| John Ashcroft, Attorney General, et al. |
|    Respondents |

No. 3:02cv1276(RNC)

June 30, 2005

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO THE GOVERNMENT'S MOTION TO TRANSFER

The Petitioner, Kerving's Guillaume, through counsel, moves the Court for an

extension of time to reply to the government's motion to transfer venue to the Second

Circuit Court of Appeals pursuant to the Real ID Act of 2005.  The petitioner's response is

currently due July 1, 2005.  The petitioner requests that the Court grant an additional two

weeks – until July 15, 2005 – to prepare his response due to the complex issues of

statutory construction, and possible constitutional issues regarding the suspension clause,

raised by the Real ID Act.  The petitioner's counsel has contacted opposing counsel,

AUSA Krishna Patel, who has consented to the instant motion.  This is the petitioner's

second request for an extension of time to reply to the government's motion.

Robert N. Chatigny, U.S.D.J.

2005 JUL -5  A 43

DISTRICT COURT
HARTFORD.

July 1, 2005.  Granted.  So ordered.