Guillaume Kervings #267104    7/8/05
177 Weston St.
Hartford, Conn.
06120

JUL 12   2 29 PM '05

U.S. DISTRICT JUDGE

Dear Sir or Madam!
I'm writing to you to asking you about my case. I finish to doing my time since 2001 June 6. I been waiting for a long time. Figting I.N.S I'm asking for your help. If there's any possible way you can helpme. I came to the US when I was 13 years of age. My mother bought me and my brother and sister. I use to live in Newyork then my mother moved to Stamford ct. Then I comited a crime I did two years for the state, and now I am being held by the I.N.S for 5 years dead time. If their anything you can do for me. All my life is he all my famili is he and the United state I was born in Haiti. I do not have no famili overther. My civil Rights in jail is being violated who can I talk to on this mater please? Thank you very much I appreciate that

This is my case number

---

July 12, 2005.   <u>Kerving's Guillaume v. John Ashcroft, et al.</u>
                 3:02CV1276 (RNC)

The Clerk will docket this letter and send copies to counsel of record.
So ordered.

Robert N. Chatigny, U.S.D.J.

Guillaume Kervings #267149   7/8/05
177 Weston St.
Hartford, Conn.
06120

JUL 12  2 29 PM '05

Dear Sir or Madam!
I'm writing to you to asking you about my case. I finish to doing my time since 2001 June 6. I been waiting for alone time. Figting I.N.S I'm asking for your help. If theres any possible way you can helpme. I came to the U.S when I was 13 years of age. My mother bought me and my brother and sister. I use to live in Newyork then my mother moved to Stamford ct. Then I comitted a crime I did two years for the state, and now I am being held by the I.N.S for 5 years dead time. If their anything you can do for me. All my life is he all my famili is he and the united state I was born in Haiti. I do not have no famili over there. My civil rights in jail is being violated who can I talk to on this mater. please? Thank you very much I appreciate that

this is my case number
3:02CV1276 (RNC)

please help me