Chief Jude
Robert Chatigny
U.S. District Court
450 Main Street
Hartford, Ct. 06120
Re: Civil Docket Case # 3:02-CV-01276-RNC.

Honorable Jude Chatigny:

I have been in this country since they young age of 13 years old. My morther brought myself, my sister and my little brother. The rest of my family are residing in this country. I sincerely regret the mistakes I have made in my life and I have certanly learm my lessons in life from these mistakes. I truly believed I am good person and I have been incarcerated for 7 years and I have absolutely no famili in Haiti, as they all reside here in the U.S.A. I am asking for a second change to proved to myself to my famili and to your Honor. Bond so I can be released and prove to the court my good intentions.

very truly yours, Guillaume Kenvings