Chief Judge
Robert Chatigny
U.S. District court
450 main street
   Hartford, ct. 06120
Re: Civil Docket Case#3:02-CV-01276-
RNC.

RECEIVED
8/2005
AUG 8  II 49 AM '05

CHAMBERS
ROBERT N. CHATIGNY
U.S. DISTRICT JUDGE

HONORAble Judge Chatigny:
I have been in this country since
They young age of 13 years old. My
morther brought myself, my sister
and my little brother. The rest of my
family are residing in this country.
I sincerely regret the mistakes
I have made in my life and I have
certanly learn my lessons in life
From these mistakes. I truly
believed I am good person and I
have been incarcerated for 7 years

---

**August 30, 2005.**     Kerving's Guillaume v. INS
                         3:02-CV-1276 (RNC)

The Clerk will docket the attached and send copies to counsel of record.
Treating the attached as a motion for bond, counsel for respondent will file
and serve a response by September 21, 2005.  So ordered.

2005 AUG 31  A    FILED
DISTRICT COURT
... CT.

_____
Robert N. Chatigny, U.S.D.J.

very truly yours. Guillaume Kervings