UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

KERVING'S GUILLAUME,                 :

    Petitioner,                    :

                             :    2005 SEP 20 P 2: 30

V.                                   :    CASE NO.3:02CV1276 (RNC)
                             :    ALIEN NO. 42 502 471
JOHN ASHCROFT, ET AL.,               :

    Respondents.                   :

## ORDER OF TRANSFER

Respondents' Motion to Transfer [Doc. #50] is granted for essentially the reasons stated in Respondents' Reply Memorandum [Doc. # 57].  Pursuant to Section 106 of Division B of the Emergency Supplemental Appropriations Act for Defense, the Global War on Terror, and Tsunami Relief, 2005, Pub. L. No. 109-13, 119 Stat. 231 (2005) ("REAL ID Act of 2005"), the case is hereby transferred to the U.S. Court of Appeals for the Second Circuit as a petition for review.  Petitioner's case remains stayed pursuant to this Court's order [Doc. # 12], pending further order from the U.S. Court of Appeals for the Second Circuit.

    So ordered.

    Dated at Hartford, Connecticut this 20 day of September 2005.

Robert N. Chatigny
United States District Judge